K–TECH TELECOMMUNICATIONS, INC., Plaintiff–Appellant,

v.

BLONDER TONGUE LABORATORIES, INC., R.L. Drake Holdings, LLC, R.L. Drake, LLC, and RLD69, LLC, Defendants–Appellees.

No. 2013–1645.

United States Court of Appeals, Federal Circuit.

April 16, 2014.

Rehearing En Banc Denied June 6, 2014.

Patrick F. Bright, Wagner, Anderson & Bright, P.C., of Glendale, CA, argued for plaintiff-appellant.

John C. McNett, Woodard, Emhardt, Moriarty, McNett & Henry LLP, of Indianapolis, IN, argued for defendants-appellees. With him on the brief was Blake R. Hartz. Of counsel on the brief was Frank C. Corso, Corso Law LLC, of Rehoboth, MA.

LOURIE, CHEN, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

PANDUIT CORPORATION, Appellant,

v.

ADC TELECOMMUNICATIONS, INC., Appellee.

No. 2013–1442.

United States Court of Appeals, Federal Circuit.

April 17, 2014.

Jesse O. Collier, Oliff & Berridge, PLC, of Alexandria, Virginia, argued for appellant. With him on the brief were James A. Oliff and John W. O'Meara.

Philip P. Caspers, Carlson Caspers Vandenburgh Lindquist & Schuman, P.A., of Minneapolis, Minnesota, argued for appellee. With him on the brief were Timothy A. Lindquist, Samuel A. Hamer and Joseph W. Winkels.

DYK, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**